**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 57 EAL 2017

              Respondent    :

                                :    Petition for Allowance of Appeal from
                                :    the Order of the Superior Court
            v.                  :

                                :

JOSHUA JEAN,                 :

              Petitioner    :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.